UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RANDY KAADY dba FOCAL POINT CREATIONS, an Oregon corporation,** | Civil No. 3:11-cv-00706-MO |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| **MID-CONTINENT CASUALTY COMPANY, an Ohio corporation,** | |
| Defendant. | |

For the reasons stated on the record [41], it is hereby

ADJUDGED that Plaintiff's Complaint against Defendant is dismissed in its entirety and that Defendant is awarded costs and disbursements incurred herein.

DATED:  10  January, 2013.

/s/ Michael W. Mosman
The Honorable Michael W. Mosman
United States District Court Judge