**Peter J. Viteznik, OSB 944540**
pviteznik@kilmerlaw.com
**Robert C. Muth, OSB 971710**
rmuth@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RANDY KAADY dba FOCAL POINT CREATIONS, an Oregon non-profit corporation;<br><br>    Plaintiff,<br><br>v.<br><br>MID-CONTINENT CASUALTY COMPANY, an Ohio corporation;<br><br>    Defendant. | Case No. 3:11-cv-00706-MO<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

    The claims in the above matter have been fully compromised and settled between plaintiff and defendant. The parties hereby stipulate to a judgment of dismissal, with prejudice, and without costs or attorney fees to any party.

    Pursuant to FRCP 41, based upon the stipulation of the parties through their counsel, and it appearing to the Court that this action has been fully compromised and settled,

///

///

Page 1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY ORDERED that this matter be dismissed with prejudice and without attorney fees or costs to any party.

DATED this 4th day of November, 2015.

/s/ Michael W. Mosman
Judge Michael W. Mosman

IT IS SO STIPULATED:

DATED this 29th day of October, 2015.

s/ Matthew E. Hedberg
Matthew E. Hedberg, OSB 081958
Attorney for Defendant

DATED this 29th day of October, 2015.

s/ Robert C. Muth
Robert C. Muth, OSB No. 971710
Attorney for Plaintiff
I:\09511\0003\Pleadings\Stipulated Dismissal rev.doc

Page 2 - STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

# CERTIFICATE OF SERVICE

I certify that on this 29<u>th</u> day of October, 2015, the foregoing STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to said persons a true copy thereof to the following attorneys:

Douglas G. Houser
Matthew E. Hedberg
Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Email:  doug.houser@bullivant.com
         matt.hedberg@bullivant.com

    Attorneys for Defendant

        s/ Robert C. Muth
        Peter J. Viteznik, OSB No. 944540
        Robert C. Muth, OSB 971710
        Attorneys for Plaintiff

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290